UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERKAN KANAR,

Petitioner,

v.

FERETI SEMAIA,

Respondent.

Case No. 5:26-cv-01412-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ORDERED** that Judgment is entered denying the petition (ECF 1) without prejudice.

DATED: April 7, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE